UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
TOLEDO DIVISION

| | |
|---|---|
| ADIA A. WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>WEINBERG MEDIATION GROUP, LLC<br>and JTM CAPITAL MANAGEMENT, LLC,<br><br>    Defendants. | 3:18-cv-02008-JGC |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

**To the Clerk of the U.S. District Court for the Northern District of Ohio**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff ADIA A. WASHINGTON, requests that the Clerk enter the default of Defendant WEINBERG MEDIATION GROUP, LLC, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Nathan Volheim, Esq. attached hereto.

Dated October 29, 2018                        Respectfully submitted,

                                                  s/ *Nathan C. Volheim*
                                                  Nathan C. Volheim
                                                  *Counsel for Plaintiff*
                                                  Sulaiman Law Group, Ltd.
                                                  2500 South Highland Avenue, Suite 200
                                                  Lombard, Illinois 60148
                                                  (630) 575-8181
                                                  (630) 575-8188 (fax)
                                                  nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

  The undersigned, one of the attorneys for Plaintiff, certifies that on October 29, 2018, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT, to be served by electronic means to all parties of record via CM/EEF, U.S. Certified mail, and electronic mail, postage prepaid:

**Jerry Verhagen, Registered Agent**
Weinberg Mediation Group, LLC
3380 Sheridan Drive, Suite 133
Amberst, NY 14226
admin@weinbergmediationgroup.com

        Respectfully submitted,

        s/ *Nathan C. Volheim*
        Nathan C. Volheim