**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Adia A. Washington,                                Case No. 3:18CV2008

        Plaintiff

        v.                                        **ORDER**

Weinberg Mediation Group, LLC, *et al.*,

        Defendants

Initial status/scheduling conference held in lieu of case management conference. Time: 15 minutes.

It is hereby

ORDERED THAT:

1. Case designated expedited.

2. Plaintiff's motion for default as to defendant Weinberg Mediation Group, LLC is granted;

3. Leave granted to defendant to submit motion for judgment and statement of damages or, in the alternative, status reports on or before February 28, 2019;

4. To the extent known to codefendant JTM Capital Management, LLC, said defendant shall provide last-known contact information, including identities of representatives, address, telephone number, and email by February 15, 2019; and

5. Further proceedings otherwise held in abeyance pending status reports, if filed, or adjudication of pending motion to dismiss.

So ordered.[1]

/s/ James G. Carr
Sr. U.S. District Judge

---

[1] For further information re. this Court's case management preferences, see: http://www.ohnd.uscourts.gov/home/judges/judge-james-g-carr/civil-cases-case-management-procedures/