# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# TOLEDO DIVISION

| | |
|---|---|
| ADIA A. WASHINGTON, <br><br>  Plaintiff, <br><br>v. <br><br>WEINBERG MEDIATION GROUP, LLC and JTM CAPITAL MANAGEMENT, LLC, <br><br>  Defendants. | Case No. 3:18-cv-02008-JGC <br><br> Hon. Judge James G. Carr |

## PLAINTIFF'S STATUS REPORT

Pursuant to this Honorable Court's Scheduling Order on July 10, 2019, Plaintiff submits the following Plaintiff's Status Report:

**Plaintiffs' statement**: On July 22, 2019, this Honorable Court entered a Default Judgment against Defendant Weinberg Mediation Group, LLC which remains unsatisfied.

On July 23, 2019, Plaintiff issued her first set of written discovery requests (Interrogatories, Requests to Produce, Requests to Admit) to Defendant JTM Capital Management, LLC ("JTM"). Defendant tendered its responses to Plaintiff's written discovery requests on August 13, 2019. All that remains for Plaintiff to do at this point is conduct the deposition of Defendant's corporate representative. Plaintiff will be able to do so prior to the current close of discovery on November 1, 2019.

JTM has indicated that it is not interest in voluntary settlement of this matter.

Dated: September 16, 2019

s/ Nathan Volheim
Nathan C. Volheim, #6302103
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148
Phone: (630) 568-3056
Facsimile: (630) 575-8188
Email: nvolheim@sulaimanlaw.com
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Plaintiff, certifies that on September 16, 2019, he caused a copy of the foregoing, PLAINTIFF's STATUS REPORT, to be served via the Court's electronic filing database on all parties of record.

Respectfully submitted,

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*