# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# TOLEDO DIVISION

| | | |
|---|---|---|
| ADIA A. WASHINGTON | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 18-cv-02008 |
| | ) | |
| v. | ) | THE HONORABLE |
| | ) | JAMES G. CARR |
| WEINBERG MEDIATION GROUP, LLC | ) | UNITED STATES DISTRICT JUDGE |
| JTM CAPITAL MANAGEMENT, LLC | ) | |
| | ) | THE HONORABLE |
| Defendants. | ) | JAMES R. KNEPP, II |
| | ) | UNITED STATES MAGISTRATE JUDGE |

## DECLARATION OF BRENDAN H. LITTLE

1. I am co-counsel for Defendant JTM Capital Management, LLC ("JTM").

2. I submit this Declaration in support of JTM's motion for summary judgment.

3. On July 23, 2019, Plaintiff Adia Washington ("Plaintiff") served interrogatories on JTM. **Exhibit A**.

4. On August 13, 2019, JTM served responses to Plaintiff's interrogatories. **Exhibit B**.

5. On July 23, 2019, Plaintiff served requests for production of documents on JTM. **Exhibit C**.

6. On August 13, 2019, JTM served responses to Plaintiff's requests for production of documents. **Exhibit D**.

7. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 2, 2019

/s Brendan H. Little
Brendan H. Little

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies the following:

1. The ***Declaration of Brendan H. Little*** was filed on the date above via the CM/ECF Filing System for the United States District Court for the Northern District of Ohio (Western Division – Toledo).

2. The Parties appearing on the Notice of Electronic Filing, and as noted below, may access the foregoing and aforesaid pleading through the CM/ECF system:

    Anthony J. Gingo, Esquire, anthony@gplawllc.com
    Taxiarchis Hatzidimitriadis, Esquire, thatz@sulaimanlaw.com
    Brendan H. Little, Esquire, blittle@lippes.com
    Michael J. Palumbo, Esquire, michael@gplawllc.com
    Nathan C. Volheim, Esquire, nvolheim@sulaimanlaw.com

3. A true and accurate copy of the aforesaid pleading was served on the date above via United States regular mail, postage prepaid, upon the following:

    Weinberg Mediation Group, LLC
    3380 Sheridan Drive, Suite 133
    Buffalo, New York 14266

*s/ Michael J. Palumbo*
_____
Michael J. Palumbo, Esquire
Anthony J. Gingo, Esquire
Brendan H. Little, Esquire

*Counsel for Defendant,*
*JTM Capital Management, LLC*

2